IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

3:96CR154-18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VERNON LEIGH HAYES | ) | |
| | ) | |

      This matter is before the Court upon its own motion. It appears to the Court that due to the terminal nature of Defendant's condition, the Judgment entered on April 3, 2002 cannot be carried out. Accordingly,

      IT IS THEREFORE ORDERED that the Judgment is hereby vacated.

Signed: March 9, 2015

Graham C. Mullen
United States District Judge